UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID IVERSON,<br>　　　　Plaintiff | )<br>)<br>) | CIVIL ACTION NO. 4:20-CV-1269 |
| v. | )<br>) | |
| LT. REESE, *et al.*,<br>　　　　Defendants | )<br>)<br>) | (ARBUCKLE, M.J.) |

### ORDER

In accordance with the accompanying memorandum, it is ORDERED that Defendants' Motion for Summary Judgment (Doc. 35) is GRANTED as follows:

(1)　Summary Judgment is GRANTED as to all claims against Defendant Powell.

(2)　Summary Judgment is GRANTED as to the official capacity claim asserted against Defendant Reese in Count I of the Amended Complaint. Count I will proceed against Defendant Reese in his individual capacity only.

(3)　Defendant Reese is sued in his individual capacity only as to Counts Two, Three, and Six of the Amended Complaint, and those Counts will go forward.

Date: September 14, 2022　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　*s/William I. Arbuckle*
　　　　　　　　　　　　　　　　　　William I. Arbuckle
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge